BOROUGH PAPER COMPANY, INC., Respondent, Appellant, v. UNION INSURANCE SOCIETY OF CANTON, LTD., and Others, Appellants, Respondents.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the defendants. The bill of particulars to be served within ten

days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.